EDMOND B. BRONSON, Respondent, v. SEVERANCE A. MILLIKIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PAULINE C. DANSEY, Appellant, v. O. DELANCEY COSTER, Respondent, Impleaded with Another, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALZAMON LUCAS, Otherwise Called "CHIEF RISING SUN," Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MYRON W. MCINTYRE, LTD., Respondent, v. CHANLER HOLDING CORPORATION and O. A. ROBERTSON, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [172 Misc. 917.]

LOUISE MCNAIR CRAWFORD, Appellant, v. SAMUEL MCROBERTS and Another, Defendants, Impleaded with MANUFACTURERS TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HERBERT A. TEMPLE and DANIEL E. FINN, JR., as Sheriff of the County of New York, State of New York, Appellants, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and THE NATIONAL CITY BANK OF NEW YORK, N. Y., Respondents. — Judgment and orders unanimously affirmed, with costs to the respondent The National City Bank of New York, N. Y. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN MAURICE FELIX, Respondent, v. ROBERT WALTON GOELET, Defendant, Impleaded with "JOHN" SORGE, First Name "John" Being Fictitious and Unknown to Plaintiff, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ELIAS SIRGANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a second amended complaint within five days after service of order upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MAURICE J. MCCARTHY, JR., and Others, Petitioners, Appellants, against FIORELLO H. LAGUARDIA, as Mayor and as a Member of the Board of Estimate of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin. P. J., O'Malley, Townley, Dore and Cohn, JJ.